IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JOSEPH J. SMITH**  **PLAINTIFF**
**#195060**

v.  Case No. 4:23-cv-01094-LPR-BBM

**ERIC S. HIGGINS,** *Sheriff, Pulaski County*;
**and MELANIE MARTIN,** *3rd Division*
*Judge, Little Rock District Court*  **DEFENDANTS**

## JUDGMENT

Consistent with the Order entered today and prior Orders in this case, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED without prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment or any related Orders would not be taken in good faith.

IT IS SO ADJUDGED this 12th day of March 2024.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE